IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DARRYL K. WILKINS, SR.                                        PLAINTIFF

v.                        No. 4:11-cv-886-DPM

CONOPCO, INC. d/b/a UNILEVER,
SUSANNE G. ZEH, AND PATRICK
J. MATHIEW                                                    DEFENDANTS

## ORDER

The parties have filed a joint stipulation for dismissal, *Document No. 32*. Wilkins's complaint against Conopco, Inc., d/b/a Unilever, Susanne G. Zeh, and Patrick J. Mathiew is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 November 2012