IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DARRYL K. WILKINS, SR.                                             PLAINTIFF

v.                                No. 4:11-cv-886-DPM

CONOPCO, INC. d/b/a UNILEVER,
SUSANNE G. ZEH, AND PATRICK
J. MATHIEW                                              DEFENDANTS

## JUDGMENT

Wilkins's complaint against Conopco, Inc., d/b/a Unilever, Susanne G. Zeh, and Patrick J. Mathiew is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_6 November 2012_